**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 98-2289

———————

ROBERT B. CLARKSON,

Plaintiff - Appellant,

versus

UNITED STATES AIR FORCE, Special Operations
Command,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Solomon Blatt, Jr., Senior District
Judge.  (CA-97-1882-8-08BD)

———————

Submitted:  February 16, 1999          Decided:  March 30, 1999

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert B. Clarkson, Appellant Pro Se.  Frances Cornelia Trapp,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert B. Clarkson appeals the district court's orders staying discovery, granting summary judgment to one of two Defendants, and denying Clarkson's motion for a new trial. This court may exercise jurisdiction only over final orders and certain interlocutory and collateral orders. See 28 U.S.C. § 1291 (1994); 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546 (1949). Because the district court did not direct entry of final judgment under Fed. R. Civ. P. 54(b) and the rulings Clarkson would have us review are not otherwise appealable, we lack jurisdiction to entertain the merits of Clarkson's challenge to the district court's orders.

Accordingly, we dismiss Clarkson's appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2